UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS E. JONES-EL,

    Plaintiff,

Case No. 07-C-504

WILLIAM POLLARD, et al.,

    Defendants.

## ORDER

Plaintiff, Dennis E. Jones-El, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. §§ 1983, 1985 and 1986. Jones-El filed a motion under Civil L.R. 7.4 on December 10, 2008, seeking an order "establishing that service has been satisfied" for his amended complaint. The defendants have not filed a response within the five days afforded by Civil L.R. 7.4.

Jones-El maintains that since reinstated defendants Lesatz and Postl are represented by attorney Jody J. Schmelzer, who has appeared for defendants and been served with the amended complaint, he should not be required to serve Lesatz and Postl. Because the defendants have not responded to plaintiff's motion, I will direct them to indicate their position on the matter. The defendants shall file a response indicating whether the motion is opposed within ten days of the date of this order.

**SO ORDERED** this   30th   day of December, 2008.

                              s/ William C. Griesbach
                              William C. Griesbach
                              United States District Judge