UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS E. JONES-EL,

    Plaintiff,

                                        Case No. 07-C-504

WILLIAM POLLARD, et al.,

    Defendants.

## ORDER

Plaintiff, Dennis E. Jones-El, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. §§ 1983, 1985 and 1986. Jones-El has moved the Court for an order "establishing that service has been satisfied" for his amended complaint. Jones-El seeks such an order regarding reinstated defendants Lesatz and Postl. (Doc. # 51.) In response, the defendants note that their answer to Jones-El's amended complaint expressly included these two defendants and that it did not assert or preserve any defenses relating to service of process or personal jurisdiction. (Doc. # 59.) As the defendants do not contest the sufficiency of service of process on Lesatz and Postl, Jones-El's motion is **DENIED** as moot.

    **SO ORDERED** this   8th   day of January, 2009.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge